

## Lowe v. CSXT

**Mary Taylor Gallagher** <mtgallagher@gsrm.com>  Fri, Jan 3, 2020 at 1:14 PM
To: "Edward S. Cook" <ecook@cookpclaw.com>
Cc: Lindsey Rodgers <lrodgers@cookpclaw.com>, Bill Leverett <bleverett@cookpclaw.com>, Chris Cardwell <ccardwell@gsrm.com>

That works for us. Thanks, Ed.

Sent from my iPhone

> On Jan 3, 2020, at 12:03 PM, Edward S. Cook <ecook@cookpclaw.com> wrote:
>
> Mary Taylor- no problem. Your discovery responses will now be due on Friday January 17th and our responses will be due Friday January 24th. Does that sound good?
>
> Edward S. Cook
> Attorney
> ecook@cookpclaw.com
> COOK, pc
> 970 Peachtree Industrial Blvd
> Suite 202
> Suwanee, GA 30024
> Phone: (404) 841-8485
> Fax: (678) 541-5408
>
> www.cookpclaw.com
>
> Confidentiality Notice:
> This e-mail message, and any attachments thereto, contains confidential, privileged information intended solely for the use of the individual or entity to whom it is addressed.  Do not read, copy or disseminate this message, or any attachments thereto,  unless you are the addressee.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any distribution, use or copying of this communication is prohibited.  If you have received this e-mail message in error, please contact us immediately by telephone at (404) 841-8485 and ask to speak with the message sender.  In addition, please forward the message back to the sender and delete it from your system.  Thank you.
>
>> On Jan 3, 2020, at 11:25 AM, Mary Taylor Gallagher <mtgallagher@gsrm.com> wrote:
>>
>> Ed,
>>
>> Please let me know if we can have until January 17th to serve discovery responses. With the holidays and vacations, I would appreciate the extension and am glad to extend your clients' response deadline as well.
>>
>> Best regards,
>> Mary Taylor
>>
>> CONFIDENTIALITY NOTICE: This email may contain privileged, confidential and/or other legally-protected information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, you may not use, copy or retransmit it. Please delete it and all attachments immediately and notify the sender via separate email or by calling our offices at 615-244-4994.