UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| CALLIE LOWE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | 1:19-CV-00240-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court upon the Parties' Motion for Second Amended Scheduling Order [Doc. 42]. The Parties have requested a five-month extension on the trial date and all related deadlines due to difficulty completing discovery during the COVID-19 pandemic.

The Court finds this joint motion well taken. The motion [Doc. 42] is therefore **GRANTED**. The trial date is **RESET** to **Tuesday, February 22, 2022 at 9:00 a.m.** and the final pre-trial conference is **RESET** to **Tuesday, February 8, 2022 at 1:30 p.m.**

The Parties have agreed to the following amended deadlines. All other requirements outlined in the previous amended scheduling order [Doc. 35] remain intact.

| Important Scheduling Dates | |
|---|---|
| Trial Date | **February 22, 2022** |
| Estimated Length of Trial | **5 days** |
| Rule 26(f) Report Deadline | **Completed** |
| Final Pretrial Conference | **February 8, 2022 at 1:30 p.m.** |
| Non-dispositive Motions Due | **Motions: December 15, 2021**<br>**Responses: January 4, 2022** |

| Motions *in Limine* | **Motions:  December 24, 2021** |
| --- | --- |
| | **Responses: January 7, 2022** |
| Dispositive Motions Due and *Daubert* Challenge Deadline | **Motions:  October 21, 2021** |
| | **Responses:  November 4, 2021** |
| Fact and Expert Discovery Cut-Off | **Fact:  May 31, 2021** |
| | **Expert: August 6, 2021** |
| Expert Disclosure Deadline: | **Plaintiff:  May 31, 2021** |
| | **Defendant:  July 1, 2021** |
| | **Rebuttal:  July 15, 2021** |

SO ORDERED:

s/Clifton L. Corker  
United States District Judge