# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION (CHATTANOOGA)

| | |
|---|---|
| CALLIE LOWE and HENRY ALLEN LOWE, ADMINISTRATORS FOR THE ESTATE OF ALLEN C. LOWE,  Plaintiffs, v. CSX TRANSPORTATION, INC.  Defendant. | Civil Action File No. 1:19-cv-00240-DCLC |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i), come the Plaintiffs, by and through counsel, and file this notice of dismissal of this action against Defendant with prejudice.

It is further understood and agreed by all parties that this notice dismisses this case against the Defendant, with each party to bear their own costs.

Respectfully submitted this 6th day of January, 2021.

**COOK, p.c.**

/s/ Lindsey A. Rodgers

Edward S. Cook, Esq.
Ga. Bar No. 183741
Admitted to practice in EDTN
Lindsey A. Rodgers, Esq.
BPR# 036177
Admitted to practice in EDTN
William P. Leverett, Jr., Esq.
Ga. Bar No. 225593
Admitted to practice in EDTN
Robert R. Underwood, II, Esq.
BPR # 022324
Admitted to practice in EDTN
970 Peachtree Industrial Blvd., Ste. 202
Suwanee, GA 30024
Telephone: (404) 841-8485
Facsimile: (678) 541-5408
ecook@cookpclaw.com
lrodgers@cookpclaw.com
bleverett@cookpclaw.com
runderwood@cookpclaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, a true and correct copy of the forgoing *Notice of Dismissal,* has been served upon Defendant, through CM/ECF to the following counsel of record:

Christopher W. Cardwell, Esq.
Mary Taylor Gallagher, Esq.
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201

**COOK, p.c.**

By: /s/ Lindsey Rodgers_____
Edward S. Cook
Ga. Bar No. 183741
Lindsey A. Rodgers
BPR# 036177
William P. Leverett, Jr.
Ga. Bar No. 225593
Robert R. Underwood, II, Esq.
BPR # 022324

970 Peachtree Industrial Blvd., Ste. 202
Suwanee, GA 30024
Telephone: (404) 841-8485
Facsimile: (678) 541-5408
ecook@cookpclaw.com
lrodgers@cookpclaw.com
bleverett@cookpclaw.com
runderwood@cookpclaw.com