IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION (CHATTANOOGA)

| | |
|---|---|
| CALLIE LOWE and HENRY ALLEN LOWE, ADMINISTRATORS FOR THE ESTATE OF ALLEN C. LOWE <br><br> Plaintiffs, <br><br> v. <br><br> CSX TRANSPORTATION, INC. <br><br> Defendant. | Civil Action <br> File No. 1:19-cv-00240-DCLC |

## STIPULTION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Plaintiffs, and by agreement with counsel for Defendant, stipulates a dismissal of this action against the Defendant.

It is further understood and agreed by all parties that this Stipulation of Dismissal dismisses this case against the Defendant with prejudice, with each party to bear their own costs.

ENTER this 7th of January, 2021.

APPROVED FOR ENTRY:

| COUNSEL FOR PLAINTIFFS: | COUNSEL FOR DEFENDANT: |
|---|---|
| **COOK, p.c** | **GULLETT, SANFORD, ROBINSON & MARTIN, PLLC** |

/s/ Lindsey A. Rodgers
Edward S. Cook, Esq.
Ga. Bar No. 183741
Admitted to practice in EDTN
Lindsey A. Rodgers, Esq.
BPR# 036177
Admitted to practice in EDTN
William P. Leverett, Jr., Esq.
Ga. Bar No. 225593
Admitted to practice in EDTN
Robert R. Underwood, II, Esq.
BPR # 022324
Admitted to practice in EDTN
970 Peachtree Industrial Blvd., Ste. 202
Suwanee, GA 30024
Telephone: (404) 841-8485
Facsimile: (678) 541-5408
ecook@cookpclaw.com
lrodgers@cookpclaw.com
bleverett@cookpclaw.com
runderwood@cookpclaw.com

/s/ Christopher W. Cardwell.
Christopher W. Cardwell, No. 19751
Mary Taylor Gallagher, No. 21482
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994 (Telephone)
(615) 256-6339 (Facsimile)
ccardwell@gsrm.com
mtgallagher@gsrm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, a true and correct copy of the forgoing ***Stipulation of Dismissal,*** has been served upon Defendant, through CM/ECF to the following counsel of record:

Christopher W. Cardwell, Esq.
Mary Taylor Gallagher, Esq.
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201

**COOK, p.c.**

By: /s/ Lindsey A. Rodgers _____
Edward S. Cook
Ga. Bar No. 183741
Lindsey A. Rodgers
BPR# 036177
William P. Leverett, Jr.
Ga. Bar No. 225593
Robert R. Underwood, II, Esq.
BPR # 022324

970 Peachtree Industrial Blvd., Ste. 202
Suwanee, GA 30024
Telephone: (404) 841-8485
Facsimile: (678) 541-5408
ecook@cookpclaw.com
lrodgers@cookpclaw.com
bleverett@cookpclaw.com
runderwood@cookpclaw.com